```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                       CASE NO. 05 B 34205
    DALE F BUTKOVITZ
    JEANETTE F BUTKOVITZ                      CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-2948     SSN XXX-XX-3017
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/29/05 and confirmed on 10/21/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  26478.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREEN TREE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 5350.00 | 244.49 | 5350.00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 13350.00 | 1683.00 | 13350.00 |
| CAPITAL ONE | UNSECURED | 3250.93 | .00 | 325.09 |
| CAPITAL ONE BANK | UNSECURED | 997.56 | .00 | 99.76 |
| CAPITAL ONE BANK | UNSECURED | 5222.94 | .00 | 522.29 |
| CAPITAL ONE BANK | UNSECURED | 5091.81 | .00 | 509.18 |
| ROUNDUP FUNDING LLC | UNSECURED | 586.82 | .00 | 58.68 |
| ROUNDUP FUNDING LLC | UNSECURED | 610.06 | .00 | 61.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 581.65 | .00 | 58.17 |
| MERRICK BANK | UNSECURED | 1068.45 | .00 | 106.85 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE CO | SPECIAL CLASS | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 891.51 | .00 | 89.15 |
| ROUNDUP FUNDING LLC | UNSECURED | 1079.91 | .00 | 107.99 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1765.55 | .00 | 176.56 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 7597.24 | .00 | 759.72 |
| CAPITAL ONE BANK | UNSECURED | 197.31 | .00 | 19.73 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18700.00 | .00 | 28941.74 | .00 | 47641.74 |
| PRINCIPAL PAID | 18700.00 | .00 | 2894.18 | .00 | 21594.18 |
| INTEREST PAID | 1927.49 | .00 | .00 | .00 | 1927.49 |
| TOTAL PAID | 20627.49 | .00 | 2894.18 | .00 | 23521.67 |

The Debtor's attorney, SCHEINBAUM & WEST             , was allowed $  2200.00
and was paid $   606.00  direct and $   1594.00  through the plan.

The Trustee received $   1147.76 .

Refunds to the Debtor totaled $   214.57 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/16/09                             /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE